# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Adam Keller, Cathy Keller, | Civil No. 11-529 (RHK/LIB) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| JC Christensen & Associates, Inc., Art Butler, | |
| Defendants. | |

---

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. No. 3), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 29, 2011

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge